```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF KANSAS
```

DAN H. ANDERSON,

                       Petitioner,

      v.                                    CASE NO. 05-3166-RDR

JACK FOX,

                       Respondent.


## ORDER TO SHOW CAUSE

     Petitioner proceeds with counsel on a petition for writ of habeas corpus under 28 U.S.C. 2241. Having examined the materials filed in this case, the court finds a responsive pleading is required. Petitioner's motion for an expedited response within thirty days is granted to the extent a response to the petition is ordered herein to be filed within twenty days, and to the extent the court notifies respondent that any request for an extension of time to file a response to the petition should be limited and must be supported with specific information detailing the need for additional time.

     IT IS THEREFORE ORDERED that respondent is required to show cause within twenty (20) days from the date of this order why the writ should not be granted; that petitioner is granted ten (10) days after receipt by him of a copy of the respondent's answer and return to file a traverse thereto, admitting or denying under oath all factual allegations therein contained; and that the file then be returned to the undersigned judge for such further action as may be appropriate.

IT IS FURTHER ORDERED that petitioner's motion to shorten the time for filing a response (Doc. 3) is granted to the extent outlined by the court.

DATED:  This 20th day of April 2005, at Topeka, Kansas.


 s/ Richard D. Rogers
RICHARD D. ROGERS
United States District Judge